# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| BRANDON REILLY, | : | 1:16-cv-1469 |
| --- | --- | --- |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| LEBANON COUNTY, *et. al.*, | : | |
| Defendants. | : | |

# **ORDER**

## **December 1, 2016**

Presently before the Court is Plaintiff's motion for leave to file a sur-reply. (Doc. 35). The motion is **DENIED**.[1]

s/ John E. Jones III
John E. Jones III
United States District Judge

---

[1] The Court has not been provided with any argument in support of Plaintiff's motion, as Plaintiff did not file a brief in support for his motion, nor did he file a reply brief in response to Defendants' brief in opposition.