# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON REILLY, | : | 1:16-cv-1469 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| LEBANON COUNTY, *et. al.*, | : | |
| Defendants. | : | |

## ORDER

**December 21, 2016**

Presently before this Court is Defendants' Motion to Dismiss. (Doc. 17). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss (Doc. 17) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
